**Order entered October 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01634-CV

## SHAMOUN & NORMAN, LLP, Appellant

## V.

## ALBERT G. HILL, JR., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** appellant's October 10, 2014 unopposed motion for an extension of time to file its reply/cross-appellee's brief. Appellant shall file its combined brief by **NOVEMBER 19, 2014**.

/Ada Brown/
ADA BROWN
JUSTICE